**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 00-7415**

———————

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee,

        versus

DIANA MYERS,

                              Defendant - Appellant.

———————

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Alexander Williams, Jr., District Judge.
(CR-99-185-AW, CA-00-2294-AW)

———————

Submitted:  February 8, 2001      Decided:  February 14, 2001

———————

Before WILKINS, MOTZ, and TRAXLER, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Diana Myers, Appellant Pro Se.  Hollis Raphael Weisman, Assistant
United States Attorney, Greenbelt, Maryland, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Diana Myers seeks to appeal the district court's order denying her motion filed under 28 U.S.C.A. § 2255 (West Supp. 2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. United States v. Myers, Nos. CR-99-185-AW; CA-00-2294-AW (D. Md. filed Aug. 24, 2000; entered Sept. 28, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED